STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PATRICK DUNNIGAN                            (herein called recipient)
At Location: THRUWAY AUTHORITY                            therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the __2/11/2008__

_[signature]_
GAIL WILLIAMS
Notary Public
Qualified...
Commission... 2010

_[signature]_
John Axelrod
Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046     AND FILED ON     2/1/2008

| | |
|---|---|
| CARMEN VICTORIA SEQUERA<br><br>Vs.<br><br>PATRICK DUNNIGAN, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     DONALD WOOD                                      (herein called recipient)
At Location:      THRUWAY AUTHORITY                                therein named.
                  ROUTE 9
                  TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __BLACK__   Color of Hair __BALD__
Age __35/45__   Height __5'11"__   Weight __190__
Other Features _____

Sworn to before me on the __2/11/2008__

_Gail Williams_
GAIL WILLIAMS
Notary Public
Quali...
Commi... 20/0

John Axelrod
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: NICHOLAS CUOMO   (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __BLACK__   Color of Hair __BALD__
Age __35/45__   Height __5'11"__   Weight __190__
Other Features

Sworn to before me on the 2/11/2008

_____
Notary

John Axelrod

Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: "JOHN" LORVIL                                    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: BLACK   Color of Hair: BALD
Age: 35/45   Height: 5'11"   Weight: 190
Other Features:

Sworn to before me on the 2/11/2008

_____          _____
Notary                                    John Axelrod

                                          Server's License#:

2 0/0

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

| | |
|---|---|
| CARMEN VICTORIA SEQUERA<br><br>Vs.<br><br>PATRICK DUNNIGAN, ET AL. | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **2/8/2008** at **11:55AM**, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: EDWARD CARLON
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

(herein called recipient) therein named.

By delivering to and leaving with **STEVE PRYOR, CLERK** a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On **2/11/08**, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **M**    Color of Skin **BLACK**    Color of Hair **BALD**
Age **35/45**    Height **5'11"**    Weight **190**
Other Features

Sworn to before me on the **2/11/2008**

_____
Notary Public

                                            John Axelrod
                                            Server's License#:

2 of 2

STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046       AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                                                     Plaintiff(s)/Petitioner(s)

                                    Vs.

PATRICK DUNNIGAN, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                           )
                                                             ) SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALFRED DEJESUS (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                             ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: A. PARNESS    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M  Color of Skin: BLACK  Color of Hair: BALD
Age: 35/45  Height: 5'11"  Weight: 190
Other Features:

Sworn to before me on the 2/11/2008

GAIL WILL...
Notary Public...
Qualified...
Commission E... 2010

John Axelrod

Server's License#: