STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                       Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PATRICK DUNNIGAN                              (herein called recipient)
At Location: THRUWAY AUTHORITY                              therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

_Daip William_
GAIL W...
Notary Public...
Qualifi...
Commissi... 2010

_John Axelrod_
Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: DONALD WOOD   (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

Gail Williams
Notary Public

John Axelrod
Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: NICHOLAS CUOMO                              (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  BLACK   Color of Hair  BALD
Age  35/45   Height  5'11"   Weight  190
Other Features

Sworn to before me on the 2/11/2008

_(signature)_                                              _(signature)_
Notary                                                     John Axelrod
                                                           Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: "JOHN" LORVIL                                               (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  BLACK   Color of Hair  BALD
Age  35/45   Height  5'11"   Weight  190
Other Features

Sworn to before me on the 2/11/2008
_____                              _____
Notary                                                John Axelrod

                                                      Server's License#:

ao/o

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

| CARMEN VICTORIA SEQUERA | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PATRICK DUNNIGAN, ET AL. | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____2/8/2008_____ at _____11:55AM_____, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: EDWARD CARLON                                      (herein called recipient)
At Location: THRUWAY AUTHORITY                                    therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with _____STEVE PRYOR, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On _____2/11/08_____, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _BLACK_   Color of Hair _BALD_
Age _35/45_   Height _5'11"_   Weight _190_
Other Features

Sworn to before me on the _2/11/2008_

_[signature]_
Notary Public

_[signature]_
John Axelrod
Server's License#:

2 of 2

STATE OF NEW YORK       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046       AND FILED ON       2/1/2008

CARMEN VICTORIA SEQUERA                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

PATRICK DUNNIGAN, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     ALFRED DEJESUS                                      (herein called recipient)
At Location:      THRUWAY AUTHORITY                                    therein named.
                  ROUTE 9
                  TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

_____                         _____
                                                  John Axelrod

                                                  Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                             Plaintiff(s)/Petitioner(s)
                                Vs.
PATRICK DUNNIGAN, ET AL                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: A. PARNESS                                    (herein called recipient)
                                                            therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  BLACK   Color of Hair   BALD
Age  35/45  Height  5'11"  Weight  190
Other Features

Sworn to before me on the 2/11/2008

_Gail William_                              John Axelrod

GAIL WILL...
Notary Public...                            Server's License#:
Qualified...
Commission E... 2010