STATE OF NEW YORK                        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046          AND FILED ON          2/1/2008

CARMEN VICTORIA SEQUERA                                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PATRICK DUNNIGAN                                    (herein called recipient)
At Location: THRUWAY AUTHORITY                                    therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

_(signature)_
GAIL W_____
Notary Public_____
Qualifi_____
Commissi_____ 2010

_(signature)_
John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046        AND FILED ON        2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: DONALD WOOD                                    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
|-----|---|---------------|-------|---------------|------|
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

GAIL WILLIAMS
Notary Public
Qualif...
Commiss... 2010

John Axelrod
Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046       AND FILED ON       2/1/2008

CARMEN VICTORIA SEQUERA                                                                    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: NICHOLAS CUOMO                                    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin BLACK   Color of Hair BALD
Age 35/45   Height 5'11"   Weight 190
Other Features

Sworn to before me on the 2/11/2008

_____
Notary

                                                                    John Axelrod
                                                                    Server's License#:

2010

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1046 | AND FILED ON 2/1/2008 |

CARMEN VICTORIA SEQUERA — Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: "JOHN" LORVIL (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: BLACK   Color of Hair: BALD
Age: 35/45   Height: 5'11"   Weight: 190
Other Features:

Sworn to before me on the 2/11/2008

Notary

John Axelrod
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046          AND FILED ON          2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    EDWARD CARLON                                         (herein called recipient)
At Location:     THRUWAY AUTHORITY                                     therein named.
                 ROUTE 9
                 TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _BLACK_   Color of Hair _BALD_
Age _35/45_   Height _5'11"_   Weight _190_
Other Features

Sworn to before me on the 2/11/2008

_____
John Axelrod
Server's License#:

2 of 2

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                      Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALFRED DEJESUS  (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: BLACK   Color of Hair: BALD
Age: 35/45   Height: 5'11"   Weight: 190
Other Features:

Sworn to before me on the 2/11/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: A. PARNESS                                    (herein called recipient)
                                                             therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin BLACK   Color of Hair BALD
Age 35/45   Height 5'11"   Weight 190
Other Features

Sworn to before me on the 2/11/2008

_Gail William_ (signature)

GAIL WILL...
Notary Public...
Qualified...
Commission E... 2010

John Axelrod (signature)

Server's License#: