STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.1046          AND FILED ON          2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

)
)

**SS**

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____2/8/2008_____ at _____11:55AM____, deponent did serve the within process as follows:

Process Served:  SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    PATRICK DUNNIGAN                                                    (herein called recipient)
                                                                                      therein   named.
At Location:     THRUWAY AUTHORITY
                 ROUTE 9
                 TARRYTOWN NY

By delivering to and leaving with   STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____ 2/11/08 , deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BALD_ |
| Age | _35/45_ | Height | _5'11"_ | Weight | _190_ |
| Other Features | | | | | |

Sworn to before me on the   2/11/2008

_Gaig Williams_

GAIL WILLIAMS
Notary Public
Qualified
Commission                              2010

John Axelrod

Server's License#:

STATE OF   NEW YORK                     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.1046             AND FILED ON            2/1/2008

---

CARMEN VICTORIA SEQUERA                                                  Plaintiff(s)/Petitioner(s)

                                            Vs.

PATRICK DUNNIGAN, ET AL                                                  Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                              )
                                                                )   **SS**
COUNTY OF WESTCHESTER                                            )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____2/8/2008_____  at _____11:55AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:       DONALD WOOD                                                          (herein called recipient)
                                                                                          therein   named.
At Location:        THRUWAY AUTHORITY
                    ROUTE 9
                    TARRYTOWN NY

By delivering to and leaving with    STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's |✔| actual place of business   | |   dwelling house(usual place of abode) within the state.

On_____2/11/08___ , deponent completed service by depositing a copy of the
     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BALD_ |
| Age | _35/45_ | Height | _5'11"_ | Weight | _190_ |
| Other Features | | | | | |

Sworn to before me on the  _2/11/2008_

_Gaip Williams_                                          _John Axelrod_
       GAIL WILLIAMS
       Notary Public                                     Server's License#:
       Qualifi...
       Commissi...           _2010_

STATE OF  NEW YORK                      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.1046          AND FILED ON          2/1/2008

---

CARMEN VICTORIA SEQUERA

                                        Vs.                                      Plaintiff(s)/Petitioner(s)

PATRICK DUNNIGAN, ET AL                                                          Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                ) **SS**

COUNTY OF WESTCHESTER                                             )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____2/8/2008_____ at _____11:55AM_____ , deponent did

serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:       NICHOLAS CUOMO                                     (herein called recipient)
                                                                        therein   named.
At Location:        THRUWAY AUTHORITY
                    ROUTE 9
                    TARRYTOWN NY

By delivering to and leaving with   STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 2/11/08 _____ , deponent completed service by depositing a copy of the

       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BALD_ |
|-----|-----|---------------|---------|---------------|--------|
| Age | _35/45_ | Height _5'11"_ | Weight | _190_ | |

Other Features _____

Sworn to before me on the __2/11/2008__

_Daip Williams_ (signature)

Notary

Qualifi...

2010

John Axelrod (signature)

Server's License#:

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:   08CIV.1046              AND FILED ON              2/11/2008

| | | |
|---|---|---|
| CARMEN VICTORIA SEQUERA | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PATRICK DUNNIGAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                       )   SS
COUNTY OF WESTCHESTER                                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____2/8/2008_____ at _____11:55AM_____ , deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      "JOHN" LORVIL                                            (herein called recipient)
                                                                              therein  named.
At Location:       THRUWAY AUTHORITY
                   ROUTE 9
                   TARRYTOWN NY

By delivering to and leaving with   STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On_____2/11/08_____ , deponent completed service by depositing a copy of the
    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _M_  . Color of Skin  _BLACK_         Color of Hair  _____BALD_____
Age  _35/45_  Height  _5'11"_  Weight  _190_
Other Features

Sworn to before me on the   2/11/2008

_____            _____
                                                    John Axelrod
Notary ...
                                            Server's License#:
Quali...
Commissi...                    2010

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.1046           AND FILED ON           2/1/2008

| | | |
|---|---|---|
| CARMEN VICTORIA SEQUERA | Vs. | Plaintiff(s)/Petitioner(s) |
| PATRICK DUNNIGAN, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                      )    **SS**

COUNTY OF WESTCHESTER                                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____2/8/2008_____ at _____11:55AM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:         EDWARD CARLON                                                         (herein called recipient)
                                                                                                                 therein   named.
At Location:          THRUWAY AUTHORITY
                            ROUTE 9
                            TARRYTOWN NY

By delivering to and leaving with ___STEVE PRYOR, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's |✓| actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____2/11/08____ , deponent completed service by depositing a copy of the
       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin    _BLACK_        Color of Hair                        _BALD_
Age   _35/45_  Height  _5'11"_  Weight  _190_
Other Features

Sworn to before me on the ___2/11/2008___

_____                        _____
Notary Public                                                                     John Axelrod

                                                                                         Server's License#:

2010

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.1046           AND FILED ON           2/1/2008

CARMEN VICTORIA SEQUERA                                          Plaintiff(s)/Petitioner(s)

                                    Vs.

PATRICK DUNNIGAN, ET AL                                          Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                              )
                                                                    **SS**
COUNTY OF WESTCHESTER                                            )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____2/8/2008_____ at _____11:55AM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      ALFRED DEJESUS                                          (herein called recipient)
                                                                              therein  named.
At Location:       THRUWAY AUTHORITY
                   ROUTE 9
                   TARRYTOWN NY

By delivering to and leaving with  STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] | actual place of business  | | dwelling house(usual place of abode) within the state.

On_____ 2/11/08 , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BALD_ |
| Age | _35/45_ | Height | _5'11"_ | Weight | _190_ |
| Other Features | | | | | |

Sworn to before me on the    2/11/2008

_____          _____
                                                  John Axelrod

                                                  Server's License#:

2010

STATE OF  NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.1046              AND FILED ON              2/1/2008

CARMEN VICTORIA SEQUERA
                                                    Vs.                                    Plaintiff(s)/Petitioner(s)

PATRICK DUNNIGAN, ET AL                                                          Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )        **SS**

COUNTY OF WESTCHESTER                                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____2/8/2008_____ at _____11:55AM_____ , deponent did

serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:       A. PARNESS                                                      (herein called recipient)
                                                                                                  therein  named.

At Location:        THRUWAY AUTHORITY
                         ROUTE 9
                         TARRYTOWN NY

By delivering to and leaving with   STEVE PRYOR, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✔]  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____ 2/11/08 , deponent completed service by depositing a copy of the

      SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BALD_ |
| Age | _35/45_ | Height | _5'11"_ | Weight | _190_ |
| Other Features | | | | | |

Sworn to before me on the    2/11/2008

_____                    _____
                                                                                        John Axelrod
          GAIL WILL____
          Notary Public,____ ___ York
          Qualified in____ _____                          Server's License#:
          Commission E____ ___ ____ 2010