STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046     AND FILED ON     2/1/2008

CARMEN VICTORIA SEQUERA

Vs.                                                                Plaintiff(s)/Petitioner(s)

PATRICK DUNNIGAN, ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PATRICK DUNNIGAN                                      (herein called recipient)
At Location: THRUWAY AUTHORITY                                       therein named.
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the __2/11/2008__

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public
Qualified...
Commission... 2010

John Axelrod (signature)

Server's License#:

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046           AND FILED ON           2/1/2008

CARMEN VICTORIA SEQUERA                                                     Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     DONALD WOOD                                                (herein called recipient) therein named.
At Location:      THRUWAY AUTHORITY
                  ROUTE 9
                  TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin  _BLACK_    Color of Hair    _BALD_
Age  _35/45_  Height  _5'11"_  Weight  _190_
Other Features

Sworn to before me on the 2/11/2008

GAIL WILLIAMS
Notary Public
Qualif...
Commis... 2010

John Axelrod

Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                            Plaintiff(s)/Petitioner(s)
                               Vs.
PATRICK DUNNIGAN, ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: NICHOLAS CUOMO                                       (herein called recipient)
                                                                   therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin BLACK    Color of Hair BALD
Age 35/45    Height 5'11"    Weight 190
Other Features

Sworn to before me on the 2/11/2008

_Daip Williams_                                    John Axelrod
Notary                                             Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                                    Plaintiff(s)/Petitioner(s)

                                Vs.

PATRICK DUNNIGAN, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    "JOHN" LORVIL                                             (herein called recipient)
At Location:     THRUWAY AUTHORITY                                         therein named.
                 ROUTE 9
                 TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  BLACK    Color of Hair  BALD
Age  35/45    Height  5'11"    Weight  190
Other Features

Sworn to before me on the 2/11/2008

_____        _____
Notary                                  John Axelrod

                                        Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA

Vs.    Plaintiff(s)/Petitioner(s)

PATRICK DUNNIGAN, ET AL.    Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    EDWARD CARLON                                    (herein called recipient)
At Location:     THRUWAY AUTHORITY                                 therein named.
                 ROUTE 9
                 TARRYTOWN NY

By delivering to and leaving with  STEVE PRYOR, CLERK  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  BLACK    Color of Hair  BALD
Age  35/45    Height  5'11"    Weight  190
Other Features

Sworn to before me on the  2/11/2008

John Axelrod

Server's License#:

2 of 2

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                                      Plaintiff(s)/Petitioner(s)

                                Vs.

PATRICK DUNNIGAN, ET AL                                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALFRED DEJESUS                    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the 2/11/2008

_signature_                                        _signature_
                                                   John Axelrod

                                                   Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046          AND FILED ON          2/1/2008

CARMEN VICTORIA SEQUERA

Vs.          Plaintiff(s)/Petitioner(s)

PATRICK DUNNIGAN, ET AL          Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                                      ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: A. PARNESS          (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_  Color of Skin _BLACK_  Color of Hair _BALD_
Age _35/45_  Height _5'11"_  Weight _190_
Other Features ____

Sworn to before me on the 2/11/2008

_Gail William_                          John Axelrod

GAIL WILL...
Notary Public...                         Server's License#:
Qualified...
Commission E... 2010