STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA    Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PATRICK DUNNIGAN    (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BALD |
| Age | 35/45 | Height | 5'11" | Weight | 190 |
| Other Features | | | | | |

Sworn to before me on the __2/11/2008__

_Gail Williams_
GAIL WILLIAMS
Notary Public
Qualified...
Commission... 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA                                       Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: DONALD WOOD                                     (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: BLACK    Color of Hair: BALD
Age: 35/45    Height: 5'11"    Weight: 190
Other Features:

Sworn to before me on the 2/11/2008

_____
GAIL WILLIAMS
Notary Public
Qualif...
Commiss... 2010

_____
John Axelrod
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046        AND FILED ON        2/1/2008

CARMEN VICTORIA SEQUERA                                         Plaintiff(s)/Petitioner(s)

                              Vs.

PATRICK DUNNIGAN, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: NICHOLAS CUOMO                                    (herein called recipient)
                                                                therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __BLACK__   Color of Hair __BALD__
Age __35/45__   Height __5'11"__   Weight __190__
Other Features

Sworn to before me on the __2/11/2008__

_____          _____
                                          John Axelrod
        Notary
                                          Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046     AND FILED ON     2/1/2008

CARMEN VICTORIA SEQUERA                                                   Plaintiff(s)/Petitioner(s)

                                    Vs.

PATRICK DUNNIGAN, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   "JOHN" LORVIL                                    (herein called recipient)
At Location:    THRUWAY AUTHORITY                                 therein named.
                ROUTE 9
                TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    M       Color of Skin   BLACK      Color of Hair            BALD
Age   35/45    Height   5'11"   Weight    190
Other Features

Sworn to before me on the 2/11/2008

_____                    _____
Notary                                       John Axelrod
                                             Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

| CARMEN VICTORIA SEQUERA | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PATRICK DUNNIGAN, ET AL. | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:55AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: EDWARD CARLON                                          (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with __STEVE PRYOR, CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __2/11/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __BLACK__   Color of Hair __BALD__
Age __35/45__   Height __5'11"__   Weight __190__
Other Features _____

Sworn to before me on the __2/11/2008__

_____                    _____
                                              John Axelrod
                                              Server's License#:

2 of 2

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046   AND FILED ON   2/1/2008

CARMEN VICTORIA SEQUERA

Vs.

PATRICK DUNNIGAN, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALFRED DEJESUS   (herein called recipient) therein named.
At Location: THRUWAY AUTHORITY
ROUTE 9
TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M   Color of Skin  BLACK   Color of Hair  BALD
Age  35/45   Height  5'11"   Weight  190
Other Features

Sworn to before me on the 2/11/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1046    AND FILED ON    2/1/2008

CARMEN VICTORIA SEQUERA                                             Plaintiff(s)/Petitioner(s)

Vs.

PATRICK DUNNIGAN, ET AL                                             Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:55AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: A. PARNESS                                            (herein called recipient)
                                                                    therein named.
At Location: THRUWAY AUTHORITY
             ROUTE 9
             TARRYTOWN NY

By delivering to and leaving with STEVE PRYOR, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/11/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin BLACK    Color of Hair BALD
Age 35/45    Height 5'11"    Weight 190
Other Features

Sworn to before me on the 2/11/2008

_Gail William_                                                      John Axelrod

GAIL WILL...
Notary Public...
Qualified...
Commission E... 2010                                                Server's License#: