UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMEN VICTORIA SEQUERA,
    Plaintiff,

- against -

PATRICK DUNNIGAN, individually, DONALD
WOOD, individually, NICHOLAS CUOMO,
individually, "JOHN" LORVIL, individually,
EDWARD CARLON, individually, ALFRED
DeJESUS, individually, and A. PARNESS,
individually,
    Defendants.
------------------------------------------------------------X

**Civil Action No.: 08 CV 1046
(Brieant J.)**

## STIPULATION

**PLEASE TAKE NOTICE**, it is hereby stipulated and agreed by and between the undersigned as counsel for the plaintiff and PATRICK DUNNIGAN, DONALD WOOD, NICHOLAS CUOMO; "JOHN" LORVIL, EDWARD CARLON; ALFRED DeJESUS; A. PARNESS [hereinafter "State Defendants"] the State Defendants herein, that the time for the State Defendants to answer, file its motion to dismiss, or otherwise respond to the complaint is extended through May 7, 2008.

Dated: New York, New York
March 17, 2008

| | |
|---|---|
| LOVETT & GOULD, LLP.<br>Attorneys for Plaintiff | ANDREW M. CUOMO<br>Attorney General for the State of New York<br>Attorney for State Defendants |
| By: _____<br>Jonathan Lovett  (4954)<br>222 Bloomingdale Road<br>White Plains, New York 11791<br>(914) 428-8401 | By: _____<br>Anthony J. Tomari, Esq.<br>Assistant Attorney General<br>120 Broadway, 24th Floor<br>New York, New York 10271<br>(212) 416-8553 |

SO ORDERED:

_____
U.S.D.J.