

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

(212) 416-8553

ANDREW M. CUOMO
Attorney General

Division of State Counsel
Litigation Bureau

April 8, 2008

**By Facsimile Transmission**

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 11791
(914) 428-8916

      Re: <u>Sequera v. Dunnigan, et al.</u>,
           08 CV 1046 (CLB) (MDF)

Dear Mr. Lovett:

This office represents defendants Patrick Dunnigan, Donald Wood, Nicholas Cuomo, "John" Lorvil, Edward Carlon, Alfred DeJesus, and A. Parness (hereinafter "State Defendants") in the above-referenced action. This letter will confirm that the preliminary conference originally scheduled for Friday April 11, 2008 has been adjourned to Friday May 2, 2008, before the Honorable Charles L. Brieant, Courtroom 218, United States Courthouse, White Plains, New York.

Thank you for your attention to this matter.

Respectfully submitted,

Anthony J. Tomari
Assistant Attorney General