UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARMEN VICTORIA SEQUERA,

                        Plaintiff,         **08 Civ 1046**

   -against-

PATRICK DUNNIGAN, individually, DONALD    **PLAINTIFF'S NOTICE OF**
WOOD, individually, NICHOLAS CUOMO,       **APPEARANCE OF COUNSEL**
individually, "JOHN" LORVIL, individually,
EDWARD CARLON, individually, ALFRED
DeJESUS, individually, and A. PARNESS, individually,

------------------------------------------------------------x

TO THE CLERK OF THE COURT:

    Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Carmen Victoria Sequera in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                                 Kim Berg (KB 1425)
                                 Lovett & Gould, LLP
                                 222 Bloomingdale Road
                                 White Plains, New York 10605
                                 (914) 428-8401
                                 FAX: (914)) 428-8916
                                 E-mail: kberg@lovett-gould.com

                                 Respectfully submitted,

                                 LOVETT & GOULD, LLP
                                 222 Bloomingdale Road, Suite 304
                                 White Plains, New York 10605
                                 (914) 428-8401

               By:   _____
                        Kim Berg (KB1425)

Dated: May 7, 2008
      White Plains, New York