UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMEN VICTORIA SEQUERA,
    Plaintiff,

- against -

PATRICK DUNNIGAN, individually, DONALD
WOOD, individually, NICHOLAS CUOMO,
individually, "JOHN" LORVIL, individually,
EDWARD CARLON, individually, ALFRED
DeJESUS, individually, and A. PARNESS,
individually,
    Defendants.
------------------------------------------------------------X

Civil Action No.: 08 CV 1046
(Brieant J.)

## STIPULATION

**PLEASE TAKE NOTICE**, it is hereby stipulated and agreed by and between the undersigned as counsel for the plaintiff and PATRICK DUNNIGAN, DONALD WOOD, NICHOLAS CUOMO; "JOHN" LORVIL, EDWARD CARLON; ALFRED DeJESUS; A. PARNESS [hereinafter "State Defendants"] the State Defendants herein, that the time for the State Defendants to answer, file its motion to dismiss, or otherwise respond to the complaint is extended through May 20, 2008.

Dated: New York, New York
March 17, 2008

LOVETT & GOULD, LLP.
Attorneys for Plaintiff

By: _____ (KB1425)
Jonathan Lovett
222 Bloomingdale Road
White Plains, New York 11791
(914) 428-8401

ANDREW M. CUOMO
Attorney General for the State of New York
Attorney for State Defendants

By: _____
Anthony J. Tomari, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8553

SO ORDERED:

_____
U.S.D.J.